# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO. 3:02cr94cr-01/RV

JUNIOR ALEXIS

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   February 10, 2009

Motion/Pleadings:   MOTION TO REDUCE SENTENCE PUSUANT TO 18 U.S.C. 3582(c)(2)

Filed by   Defendant   on 5/07/2008    Doc.#   161

RESPONSES:

                                                  on             Doc.#

                                                  on             Doc.#

\_\_\_\_ Stipulated      \_\_\_\_ Joint Pldg.

\_\_\_\_ Unopposed     \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                           s/Jerry Marbut

LC (1 OR 2)                          Deputy Clerk: Jerry Marbut

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 17th day of February, 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The defendant's sentencing guideline range is not affected by Amendment 706.*

                                                    /s/ *Roger Vinson*

                                                       ***ROGER VINSON***
                                   ***Senior United States District Judge***